# ·SOUTH BROOKLYN·
## L E G A L   S E R V I C E S
▲

Brooklyn Legal Services Corp. B
John C. Gray, Project Director

November 30, 2007

The Honorable Roanne Mann
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

*Application granted.
Plaintiffs' motion to compel
is withdrawn without
prejudice.*

SO ORDERED
/s/
Roanne L. Mann
U.S. Magistrate Judge
Dated: 12/3/07

Re:    **Edwin Sheppard, et. al., v. New York City Housing Authority and Tino Hernandez**
       **Civil Action #: CV-06-5012 (Block, J.) (Mann, M.J.)**
       **Plaintiff's Motion to Compel**

Dear Magistrate Judge Mann:

This letter is to follow up on Plaintiff's motion to compel filed November 19, 2007.

Plaintiffs received numerous documents from Defendant's NYCHA on November 21, 2007. We have now reviewed these documents. Although the documents produced do not fully respond to the request for production of documents, Plaintiffs will seek additional documents through a second request for production of documents.

Plaintiffs also received on November 21, 2007 information from Defendants amending the Rule 26(b) disclosures concerning contact information for relevant witnesses.

In view of the information now provided, as well as Defendant's representation that Defendants have identified no other relevant witnesses to support their defense, Plaintiff's now request to withdraw without prejudice their motion to compel.

Sincerely,

Sandhya Reju, Esq.
Staff Attorney

cc:    Steven Rappaport through ECF